Order affirmed, with costs; question certified answered in the affirmative; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

STOGOP REALTY CO., INC., et al., Respondents, *v.* NATIONAL SURETY COMPANY et al., Appellants.

*Principal and surety — landlord and tenant — action to recover upon surety bond for failure of lessee to make improvements as required by lease.*

*Stogop Realty Co., Inc.,* v. *National Surety Co.,* 216 App. Div. 198, affirmed.

(Argued October 7, 1926; decided October 22, 1926.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 23, 1926, unanimously affirming a judgment in favor of plaintiffs entered upon a verdict directed by the court. The action was to recover upon a surety bond for failure of the principal to complete certain alterations and improvements according to the terms of a lease between plaintiff as lessor and said principal as lessee.

*Carlisle Norwood* and *Thomas L. Walsh* for appellants.
*Ralph Wolf* and *Henry Abelson* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

KNUTE HAUGEN, Respondent, *v.* JOHN B. BREYMANN et al., Copartners under the Firm Name of GEORGE H. BREYMANN & SON, Appellants.

*Negligence — master and servant — ships and shipping — sinking of vessel through negligence of owner — action by seaman to recover for injury to health occasioned by fall into water.*

*Haugen* v. *Breymann,* 217 App. Div. 753, affirmed.

(Argued October 7, 1926; decided October 22, 1926.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 1, 1926, reversing a judgment in favor of defendants